1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendants
7
                  IN THE UNITED STATES DISTRICT COURT
8
                     EASTERN DISTRICT OF CALIFORNIA
9
10 HONGYU DAI,                          CASE NO. 2:23-CV-01402-DJC-AC
11              Plaintiff,              STIPULATION AND ORDER FOR FIRST
                                        EXTENSION OF TIME
12         v.
13 DIRECTOR, U.S. CITIZENSHIP AND
   IMMIGRATION SERVICES,
14
                Defendant.
15

        Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's Form I-290B, which Plaintiff filed in August 2019, and requests further administrative consideration of his denied I-829 – petition by investor to remove conditions on permanent resident status. The parties anticipate that U.S. Citizenship and Immigration Services ("USCIS") will be able to complete the adjudication of Plaintiff's request shortly, which is expected to render this lawsuit moot.

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 30, 2023. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: September 12, 2023                                   PHILLIP A. TALBERT
                                                            United States Attorney

                                                       By:  /s/ ELLIOT C. WONG
                                                            ELLIOT C. WONG
                                                            Assistant United States Attorney


                                                            /s/ BERNARD P. WOLFSDORF
                                                            BERNARD P. WOLFSDORF
                                                            Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: September 12, 2023                                   /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE